**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 15-06008-02-CR-SJ-GAF** |
| | ) | |
| **ALAN CURTIS MACE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

On October 27, 2016, Defendant appeared pursuant to Fed.R.Crim.P. 11, Local Rule 72.1(j)(27), and 28 U.S.C. § 636 and entered a plea of guilty to Count One of the Indictment (doc. 1) before Chief United States Magistrate Judge Sarah W. Hays. The Defendant also admitted the allegations of forfeiture, which include a money judgment to be entered against the Defendant, as contained in the Indictment. On November 7, 2016, Judge Hays issued her Report and Recommendation (doc. 291). Objections were due on or before November 25, 2016. No objections were filed.

Upon careful and independent review, this Court finds that defendant's plea was knowledgeable and voluntary and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense. Accordingly, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of Chief United States Magistrate Judge Sarah W. Hays.

Accordingly, it is hereby ORDERED that defendant's plea of guilty is accepted and defendant is adjudged guilty. The defendant's sentencing hearing will be scheduled and the parties notified of the date and time of sentencing.

SO ORDERED.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: November 28, 2016